# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00007-CV

---

**Demetrius T. Crockett, Appellant**

**v.**

**Amazon.Com, Inc., Appellee**

---

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-23-005011, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

On January 7, 2025, Demetrius T. Crockett filed a notice of appeal, attempting to appeal from the trial court's order denying Crockett's statement of inability to pay costs. Upon initial review, the Clerk of this Court sent Crockett a letter informing him that this Court appears to lack jurisdiction over the appeal because our jurisdiction is limited to appeals in which there exists a final or appealable judgment or order that has been signed by a judge, and the matter he sought to appeal arises out of an order that was vacated by the trial court on January 8. On January 17, this Court also dismissed for want of jurisdiction Crockett's untimely attempted appeal of the underlying order granting appellee's motion to compel arbitration and dismissing all claims with prejudice. *See Crockett v. Amazon Logistics, Inc.*, No. 03-24-00724-CV, 2025 WL 224638, at *1 (Tex. App.—Austin Jan. 17, 2025, no pet. h.) (mem. op.); *see also* Tex. R. Civ. P. 145(g) (providing that party filing statement of inability to pay costs may challenge the

trial court's order "by motion filed in the court of appeals with jurisdiction over an appeal from the judgment in the case").

On February 19, Crockett responded but did not indicate a final or appealable order signed by the trial court or provide the date of such an order, nor did he provide information that would indicate appellate jurisdiction over his attempted appeal. Because Crockett has not identified a signed order from which he may appeal, we lack jurisdiction over this appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Jurisdiction

Filed: February 28, 2025